UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGJUAN DONNELL LINDSEY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>M. STURGES, et al.,<br><br>　　　　　　　Defendants. | Case No.  23-cv-02589-DMR (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. This case has been assigned to the undersigned Magistrate Judge.  Dkt. 3.  Plaintiff has filed a completed *in forma pauperis* application.  Dkt. 2.

The acts complained of occurred at Wasco State Prison – Reception Center in Kern County, which is located in the Eastern District of California, and it appears that Defendants reside in that district.  Venue, therefore, properly lies in that district and not in this one.  *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California.[1]  The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

Dated:  July 12, 2023

_____
DONNA M. RYU
Chief Magistrate Judge

---

[1] Venue transfer is a non-dispositive matter and, thus, it falls within the scope of the jurisdiction of the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A).